[No. 18312-2-III.    Division Three.    February 15, 2000.]

HANS B. HOFSTEE, *Appellant*, v. ALVIN DOW, ET AL., *Defendants*, THE DEPARTMENT OF AGRICULTURE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-02525-0, Michael E. Donohue, J., entered February 23, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18354-8-III.    Division Three.    February 15, 2000.]

OPTIMUM REHAB AND LEARNING SPECIALISTS, *Respondent*, v. MCKAY MEMORIAL HOSPITAL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-02085-6, Michael W. Leavitt, J., entered March 22, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 17284-8-III.    Division Three.    February 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE LARRY KIKI, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01017-0, James M. Murphy, J., entered January 23, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 17511-1-III.    Division Three.    February 17, 2000.]

VIVIANA NOVILLO-ALARCON, *Respondent*, v. RUSSELL K. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03246-1, Gregory D. Sypolt, J., entered May 7, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.